# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIAN MONDY

VERSUS

EDWARD "DUSTY" BICKHAM
WARDEN, CUSTODIAN OF RECORDS
RAYBURN CORRECTIONAL CENTER
AND THE AGENCY EMPLOYEE(S)
AND IF INVOLVED THE LEGAL
COUNSEL REPRESENTING OR
LAWYER THE ABOVE CUSTODIAN

NO.  2024 CW 0753

**OCTOBER 18, 2024**

---

In Re:    Brian Mondy, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          726245.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court is ordered to
act on relator's petition for judicial review on or before January
16, 2025.

                        **JMG**
                        **AHP**
                        **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT